# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00428-CR

**Corye Len Justice, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
### NO. CR-16-0680, THE HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Corye Len Justice filed his notice of appeal on June 24, 2019. The reporter's record was due on September 12, 2019. On the reporter's request, the time for filing was extended to January 2, 2020. On December 31, 2019, Ms. Sandra Jackson requested a second extension of time. We order Jackson to file the reporter's record in this cause no later than January 30, 2020. *See* Tex. R. App. P. 37.3(a). Failure to file the record will result in Jackson being called before the Court to show cause why she should not be held in contempt of this order.

It is ordered on January 8, 2020.

Before Justices Goodwin, Kelly, and Smith

Do Not Publish